# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 26-mj-8024-WM

UNITED STATES OF AMERICA

v.

ALBERTO OMAR,
a/k/a "Omar Alberto,"

_____ Defendant. _____/

FILED BY_____SW_____D.C.

Jan 14, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)?     NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?    NO

3. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  NO

4. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  NO

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    _____
Justin Chapman
Assistant United States Attorney
FL Bar No. 85778
United States Attorney's Office
500 S. Australian A venue #400
West Palm Beach, Florida 33401
(561) 209-1022
Justin.chapman4@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| ALBERTO OMAR, | ) |
| a/k/a "Omar Alberto," | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

Case No.  26-mj-8024-WM

FILED BY_____ SW ____D.C.

**Jan 14, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 11, 2026_____ in the county of _____Palm Beach_____ in the

___Southern___ District of _____Florida_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8 U.S.C. § 1326(a) & (b)(1) | Illegal re-entry into the United States after deportation or removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DO Luis Camacho, ICE
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date:  January 14, 2026

_____
*Judge's signature*

City and state:  _____West Palm Beach, FL_____     William Matthewman, Chief U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**LUIS CAMACHO**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Luis Camacho, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Alberto OMAR committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3.      On or about January 11, 2026, Alberto OMAR was arrested in Palm Beach County, Florida, for the offense of possession/use drug paraphernalia. He was booked and detained at the Palm Beach County Jail.

4.      A review of the immigration records shows that Alberto OMAR is a native and citizen of Honduras. Records further show that on or about May 27, 2009, Alberto OMAR was ordered removed from the United States. The Order of Removal was executed on or about May 7, 2012, whereby Alberto OMAR was removed from the United States and returned to Honduras.

5.      Records further show that in the Twentieth Judicial Circuit Court, in and for, Collier County, Florida, Alberto OMAR was convicted of the following felony offenses:

- On October 21, 2008, grand theft auto, in case number 0701260CFA

- On October 21, 2008, arson structure, in case number 0701254CFA

- On October 21, 2008, arson of occupied structure, in case number 0701256CFA

- On October 21, 2008, grand theft auto, in case number 0701259CFA

6.     Alberto OMAR's fingerprints taken in connection with his January 11, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Alberto OMAR.

11.     A record check was performed in the Computer Linked Application Informational Management System to determine if Alberto OMAR filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Alberto OMAR obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

12.     Based on the foregoing, I submit that probable cause exists to believe that, on or about January 11, 2026, Alberto OMAR, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Luis Camacho
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this  14th   day of January 2026.

_____
WILLIAM MATTHEWMAN
UNITED STATES CHIEF MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>Alberto Omar a/k/a "Omar Alberto"</u>

**Case No**: <u>    26-mj-8024-WM</u>

Count #: 1

<u>Illegal re-entry into the United States after deportation or removal</u>

<u>Title 8, United States Code, Section 1326(a) and (b)(1)</u>

**\* Max. Term of Imprisonment:   up to 10 years
\* Mandatory Min. Term of Imprisonment (if applicable): n/a
\* Max. Supervised Release: up to 3 years
\* Max. Fine: up to $250,000 and a mandatory $100 special assessment upon
conviction**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**